UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- X
ROSS JACKSON and THE GARY A.       :
ZEBROWSKI LIVING TRUST,            :
                                   :
            Plaintiffs,            :
                                   :
      -against-                    :   No. 17 Civ. 05276 (JFK)
                                   :   **ORDER**
HARVEST CAPITAL CREDIT             :
CORPORATION and CHRISTLAS          :
ACQUISITIONS, LLC,                 :
                                   :
            Defendants.            :
------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-30-19

**JOHN F. KEENAN, United States District Judge:**

Oral argument will be heard on January 14, 2020 at 11:**15** a.m. in Courtroom 20-C. Each side will have a total of 30 minutes to argue all of the motions referenced in the Court's March 25, 2019 scheduling order (ECF No. 90).

**SO ORDERED.**

Dated:   New York, New York
         December 30, 2019

                                      John F. Keenan
                                United States District Judge