**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**



-----------------------------------------------------------X
ROSS JACKSON and THE GARY A.
ZEBROWSKI LIVING TRUST,
                              Plaintiffs,

      -against-                                          17 **CIVIL** 5276 (JFK)

                                                              **JUDGMENT**

HARVEST CAPITAL CREDIT
CORPORATION and CHRISTALS
ACQUISITION, LLC,
                              Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated March 10, 2020 and Order dated March 11, 2020, Plaintiffs motion to dismiss without prejudice their one surviving claim against Defendant Christals Acquisition LLC is granted; Plaintiffs' motion for reconsideration and relief from judgment is denied; judgment is entered in favor of Harvest Capital Credit Corporation; accordingly, this case is closed.

**Dated:**  New York, New York
          March 12, 2020

                                                       **RUBY J. KRAJICK**
                                                        Clerk of Court
                                      BY:
                                                        Deputy Clerk

                                                        THIS DOCUMENT WAS ENTERED
                                                        ON THE DOCKET ON 3/12/2020